```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
                                                                  :
MAX MEZROW,                                                       :
                                                                  :
                                         Plaintiff,               :    1:23-cv-6499-GHW
                                                                  :
                     -against-                                    :    ORDER
                                                                  :
HOTEL HAYDEN LLC, et al.,                                         :
                                                                  :
                                         Defendants               :
----------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/20/2023

GREGORY H. WOODS, District Judge:

The Court has not received the joint status letter and proposed case management plan and scheduling order previously requested in the Court's July 28, 2023 order. The materials were due one week prior to the status conference set for September 26, 2023 at 4:00 p.m. The parties are directed to comply with the Court's July 28, 2023 order in its entirety forthwith, and by no later than September 22, 2023. Plaintiff is ordered to serve a copy of this order upon Defendants and retain proof of service.

SO ORDERED.

Dated: September 20, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge