# MEMORANDUM ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/22/2023

## PANSINI, MEZROW & DAVIS

ATTORNEYS AT LAW
15TH FLOOR
1525 LOCUST STREET
PHILADELPHIA, PENNSYLVANIA 19102

MICHAEL O. PANSINI*
STEVEN M. MEZROW*
ADAM C. DAVIS**

(215) 732-5555
(215) 732-7872 (Fax)

www.pansinilaw.com

*ALSO MEMBER OF NJ, NY & DC BARS
**ALSO MEMBER OF NJ BAR

September 22, 2023

**VIA E-FILE**
The Honorable Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street, Room 2260
New York, NY 10007

      **RE:**   **Mezrow v. Hayden, LLC, et al.**
              **Docket No.: 1:23-cv-6499-GHW**

Dear Judge Woods:

      With respect to the above reference matter, Plaintiff's counsel, Michael O. Pansini, Esquire, suddenly and unexpectedly passed away on August 5, 2023. As he was only 63 years, his sudden death was quite a shock to not only me, his partner for the last 26 years, but to our entire staff.

      Although I am not licensed to practice law in the State of New York, I am writing to respectfully request that the status conference scheduled for December 26, 2023 kindly be adjourned until such time that our client can retain New York counsel or, that I can be moved in pro hac vice by a New York attorney.

      Thank you for your kind attention to the above. Please accept my apology for someone in our firm not reaching out to Chambers sooner.

                    Respectfully yours,

                    PANSINI, MEZROW & DAVIS

                    STEVEN M. MEZROW

SMM/kas

Plaintiff's request to adjourn the September 26, 2023 conference is granted. The conference is adjourned to October 16, 2023 at 1:00 p.m. The parties' joint letter and proposed case management plan is due by October 10, 2023. If counsel for Plaintiff has not entered a notice appearance in this case by October 10, 2023 the Court expects to dismiss the case for failure to prosecute.

SO ORDERED.

Dated: September 22, 2023
New York, New York

                    GREGORY H. WOODS
                    United States District Judge