# MEMORANDUM ENDORSED

**PANSINI, MEZROW & DAVIS**
ATTORNEYS AT LAW
15TH FLOOR
1525 LOCUST STREET
PHILADELPHIA, PENNSYLVANIA 19102

(215) 732-5555
(215) 732-7872 (Fax)

www.pansinilaw.com

MICHAEL O. PANSINI*
STEVEN M. MEZROW*
ADAM C. DAVIS**

*ALSO MEMBER OF NJ, NY & DC BARS
**ALSO MEMBER OF NJ BAR

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/16/2023

October 16, 2023

<u>VIA E-FILE</u>
The Honorable Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street, Room 2260
New York, NY 10007

　　　　RE:　Mezrow v. Hayden, LLC, et al.

　　　　Docket No.: 1:23-cv-6499-GHW

Dear Judge Woods:

　　With reference to the above matter, while I am not licensed to practice in the State of New York, I am respectfully requesting that the status conference scheduled for today at 1:00 p.m. kindly be adjourned for fourteen (14) days. As set forth in my letter of September 22, 2023 (Doc. No. 9), Plaintiff's counsel, Michael O. Pansini, Esquire suddenly and unexpectedly passed away. There is no one else in our firm who is licensed to practice law in the State of New York. Since my September 22, 2023 letter, I have reached out to an attorney in Manhattan who agreed to get involved and file a Motion for Pro Hac Vice on my behalf.

　　As Michael Pansini, Esquire, was 100% shareholder of our firm, I am advised that his Estate is now controlling the firm which Estate has created a Board of Directors to run the firm. I am hopeful that the administrative issues will be quickly finalized to permit my involvement and my retaining local counsel.

　　To my understanding, no defendant has entered their appearance.

　　Thank you for your kind attention concerning the above.

Respectfully yours,

PANSINI, MEZROW & DAVIS

*/s/ Steven M. Mezrow*

STEVEN M. MEZROW

---

Application denied. The conference scheduled for October 16, 2023 at 1:00 p.m. has already been adjourned to December 22, 2023 at 4:00 p.m. pursuant to the Court's October 15, 2023 order. *See* Dkt. No. 16. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 17.

SO ORDERED.

Dated: October 16, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge